IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0523
 ((((((((((((((((

 Texas Lottery Commission, Petitioner

 v.

 First State Bank of DeQueen, Stone Street Capital, Inc., and Cletius L.
 Irvan, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the suggestion of bankruptcy of Cletius L. Irvan,
filed with this Court on April 20, 2009, this case is ABATED effective as
of February 4, 2009.
 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 1st day of May, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk